AMES, RESPONDENT, *v.* NORWICH UNION INSURANCE SOCIETY, LIMITED, APPELLANT.

(No. 5,322.)

(Submitted November 15, 1923.  Decided December 4, 1923.)

[220 Pac. 748.]

(For syllabus, see *Ames* v. *Minneapolis Fire & Marine Ins. Co., ante,* p. 177.)

*Appeal from District Court, Musselshell County; Geo. A. Horkan, Judge.*

ACTION by Bert Ames against the Norwich Union Fire Insurance Society, Limited.  Judgment for plaintiff and defendant appeals.  Affirmed.

Cause submitted on briefs of Counsel.

[69 Mont. 182.]

*Messrs. Snyder, Gale & Richards*, of the Bar of Minneapolis, Minnesota, and *Mr. Thomas J. Mathews*, for Appellant.

*Messrs. Jeffries & McNaught*, for Respondent.

MR. JUSTICE HOLLOWAY delivered the opinion of the court.

The facts in this case are substantially the same as those involved in *Ames* v. *Minneapolis Fire & Marine Ins. Co., ante*, p. 177, 220 Pac. 747. Upon the authority of that case, the judgment herein is affirmed.

*Affirmed.*

MR. CHIEF JUSTICE CALLAWAY and ASSOCIATE JUSTICES COOPER, GALEN and STARK concur.